

FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2026

CENTRAL DISTRICT OF CALIFORNIA
BY            LK            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

RUSLAN KHASANOV,

   Defendant.

No. 2:25-cr-766 JFW

**ORDER OF DETENTION**

On March 30, 2026, Defendant made his initial appearance on the Indictment filed in this matter.  Peter C. Swarth, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Alexander Drutis.  Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

I.

A. (X) On motion of the government in a case allegedly involving:

  1. ( ) a crime of violence.

  2. ( ) an offense with maximum sentence of life imprisonment or death.

  3. (X) a narcotics or controlled substance offense with maximum sentence of ten or more years.

  4. ( ) any felony - where the defendant has been convicted of two or more prior offenses described above.

5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. ( ) On motion by the government / ( ) on Court's own motion, in a case allegedly involving:

(X) On the further allegation by the government of:

1. (X) a serious risk that the defendant will flee.

2. ( ) a serious risk that the defendant will:

a. ( ) obstruct or attempt to obstruct justice.

b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The government (X) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (X) The Court finds that no condition or combination of conditions will reasonably assure:

1. (X) the appearance of the defendant as required.

(X) and/or

2. (X) the safety of any person or the community.

B. (X) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

2

III.

The Court has considered:

A.    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    the weight of evidence against the defendant;

C.    the history and characteristics of the defendant; and

D.    the nature and seriousness of the danger to any person or to the community.

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V.

The Court bases the foregoing finding(s) on the following:

A.    (X)    As to flight risk:

- Largely unverified background,
- Unstable residential history per the case agent,
- No legal status in the United States per the case agent,
- Substance abuse history,
- Passport possession,
- History of foreign travel,
- Family ties outside the Central District of California,
- No family ties to community,
- Minimal time in CAC,

3

- Unverified bail resource,
- Unrebutted presumption.

B.    (X)    As to danger:

- Nature of instant offense,
- History of substance abuse, and
- Unrebutted presumption.

## VII.

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: March 31, 2026

_____

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

4